# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2737 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 106 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 29577 |
| | : | |
| MARK A. HOFFMAN, | : | (Montgomery County) |
| | : | |
| Respondent | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2020, upon consideration of the Verified Statement of Resignation, Mark A. Hoffman is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).